COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ALEJANDRO HERNANDEZ, | § | No. 08-19-00091-CV |
| Appellant, | | |
| | § | Appeal from the |
| v. | | |
| | § | County Court at Law No 3 |
| ALBERTO ENRIQUE | | |
| HERNANDEZ AND REYNALDO | § | of El Paso County, Texas |
| AARON MORALES, | | |
| Appellee. | § | (TC#2018-CCV01804) |
| | | |
| | § | |

# **O R D E R**

The Court on its own motion ORDERS the County Clerk of El Paso County, Texas, to prepare a supplemental clerk's record to include the Application for Temporary Restraining Order and Temporary Injunction filed January 8, 2019. The supplemental clerk's record is due with this Court on or before January 28, 2020.

IT IS SO ORDERED THIS 21ST DAY OF JANUARY, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.